IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 28 2007

GRE...... ....HAM
CLERK

Civil Action No. 07-CV-02707 BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DOUGLAS A. GLASER,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
MITCH MORRISEY, Denver District Attorney, Individually and in his official capacity acting under color of law,
JOE MORALES, Assistant District Attorney, Individually and in his official capacity acting under color of law,
KENNETH LAFF, Assistant District Attorney, Individually and in his official capacity acting under color of law,
DAVID KARPEL, Assistant District Attorney, Individually and in his official capacity acting under color of law,
RHEA BABCOCK, Colorado Division of Securities, Individually and in her official capacity acting under color of law,
JOE JOYCE, Social Security Administration Agent, Individually and in his official capacity acting under color of law,
MATT MCQUEEN, Secret Service Agent, Individually and in his official capacity acting under color of law,
FRED YBARRA, Denver Police Detective, Individually and in his official capacity acting under color of law,
SERGENT [sic] ROCK, Denver Police Officer, Individually and in his official capacity acting under color of law,
MARK DALVIT, Denver Police Officer, Individually and in his official capacity acting under color of law, and
ROBERT FREUND, Denver Police Detective, Individually and in his official capacity acting under color of law,

Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND GRANTING PLAINTIFF LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

---

Plaintiff Douglas A. Glaser has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are in proper form. The clerk of the court will be directed to commence a civil action. The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 will be granted. Based on the information about the plaintiff's financial status, the court finds that the plaintiff is able to pay an initial partial filing fee of $32.00 pursuant to § 1915(b)(1). Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is granted. Plaintiff shall be required to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action. It is

FURTHER ORDERED that the plaintiff shall pay an initial partial filing fee of $32.00. Plaintiff shall have **thirty (30) days from the date of this order** in which to have the designated fee sent to the clerk of the court or show cause why he has no assets and no means by which to pay the designated initial partial filing fee. In order to show cause, the plaintiff must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that the clerk of the court shall provide the plaintiff with two copies of this order. Plaintiff is directed to make the necessary arrangements to have one copy of this order attached to the check in the amount of the designated initial partial filing fee. It is

2

FURTHER ORDERED that the court will not review the merits of the Prisoner Complaint until the initial partial filing fee is paid or the plaintiff shows cause as directed above why he has no assets and no means by which to pay the designated initial partial filing fee. It is

FURTHER ORDERED that, after payment of the initial partial filing fee, the plaintiff shall be required to make monthly payments of twenty percent (20%) of the preceding month's income credited to his trust fund account or show cause each month as directed above why he has no assets and no means by which to make the monthly payment. Plaintiff is directed to make the necessary arrangements to have each monthly payment identified by the civil action number on this order. It is

FURTHER ORDERED that if within the time allowed the plaintiff fails to have the designated initial partial filing fee or monthly payments sent to the clerk of the court or to show cause as directed above why he has no assets and no means by which to pay the designated initial partial filing fee or make the monthly payments, the Prisoner Complaint will be dismissed without prejudice without further notice. It is

FURTHER ORDERED that process shall not issue until further order of the court. It is

**FURTHER ORDERED that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay**

current with his payment obligations in the prior action or actions.

DATED at Denver, Colorado, this 27th day of December, 2007.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'07 - CV - 0 2 7 0 7**

Douglas A. Glaser
Prisoner No. 1460118
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed **two copies of the ORDER** to the above-named individuals on 12/28/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk